IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-606-SLR-LPS |
| | : | |
| ALL FUNDS IN BANK OF AMERICA | : | |
| ACCOUNT NO. 229001880864 IN THE | : | |
| NAME OF USED MEDIA LLC, ALL | : | |
| FUNDS HELD IN JP MORGAN CHASE | : | |
| BANK ACCOUNT NO. 634229734 IN | : | |
| THE NAME OF USED MEDIA, LLC | : | |
| d/b/a DENVER GOLD EXCHANGE, | : | |
| ALL FUNDS HELD IN THE NAME OF | : | |
| WASHINGTON MUTUAL BANK | : | |
| ACCOUNT NO. 3091873387 IN THE | : | |
| NAME OF USED MEDIA, LLC d/b/a | : | |
| DENVER GOLD EXCHANGE, and ALL | : | |
| FUNDS HELD IN WELLS FARGO | : | |
| BANK ACCOUNT NO. 2118507058 | : | |
| IN THE NAME OF USED MEDIA, LLC, | : | |
| | : | |
| Defendants *in rem*. | : | |

## DEFAULT

AND NOW, THIS 14th day of March, 2008, it appearing from the Declaration of Jillian Swart that no claimants have answered or otherwise moved with respect to the Complaint, and Plaintiff having requested the entry of a default; in accordance with Rule 55(a), Fed. R. Civ. P., a default be and it hereby is entered against Defendants *in rem* All Funds in Bank of America Account No. 229001880864 in the name of Used Media LLC, All Funds Held in JP Morgan Chase Bank Account No. 634229734 in the name of Used Media, LLC d/b/a Denver Gold Exchange, All Funds in the name of Washington Mutual Bank Account No. 3091873387 in the name of Used

Media, LLC d/b/a Denver Gold Exchange, and All Funds Held in Wells Fargo Bank Account No. 2118507058 in the name of Used Media, LLC and in favor of the plaintiff, United States of America.

                                                            */s/*

Deputy Clerk, U.S. District Court