IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-606-SLR-LPS |
| : | |
| : | |
| ALL FUNDS IN BANK OF AMERICA : | |
| ACCOUNT NO. 229001880864 IN THE : | |
| NAME OF USED MEDIA LLC, ALL : | |
| FUNDS HELD IN JP MORGAN CHASE : | |
| BANK ACCOUNT NO. 634229734 IN : | |
| THE NAME OF USED MEDIA, LLC : | |
| d/b/a DENVER GOLD EXCHANGE, : | |
| ALL FUNDS HELD IN THE NAME OF : | |
| WASHINGTON MUTUAL BANK : | |
| ACCOUNT NO. 3091873387 IN THE : | |
| NAME OF USED MEDIA, LLC d/b/a : | |
| DENVER GOLD EXCHANGE, and ALL : | |
| FUNDS HELD IN WELLS FARGO : | |
| BANK ACCOUNT NO. 2118507058 : | |
| IN THE NAME OF USED MEDIA, LLC, : | |
| : | |
| Defendants *in rem*. : | |

**ORDER**

WHEREAS, a Verified Complaint in Rem was filed on October 2, 2007. (D.I. 1). The Complaint alleged that the Defendant in rem were forfeit to the United States for violations of 18 U.S.C. §§ 981(a)(1)(A), 984 and 1960;

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, notice of said forfeiture action and arrest was sent to each party with a known interest in the property. (D.I. 11, ¶4).

WHEREAS, no claims or responses were filed against the Defendants in rem, as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

NOW, THEREFORE, IT IS HEREBY ORDERED this 16th day of July, 2008, that:

(1)   the United States' Motion for Default Judgment is GRANTED;

(2)   a Judgment and Decree of Forfeiture be entered by the Clerk pursuant to Fed. R. Civ. P. 58 for the United States and against the Defendant in rem as follows:

(a)   the Defendant in rem is forfeit to the United States of America and all right, title or interest in the property shall be disposed of in accordance with the terms of 18 U.S.C. § 981(a)(1)(A), and other applicable law, and all other claims and interest in said property are forever foreclosed and barred.

(b)   that the United States Marshal dispose of said property in the manner provided for upon forfeiture of personalty under applicable law.

HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE